UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| COURTNEY MILLS and KEON ROBERTSON on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>SPECTRUM FINANCIAL SERVICES, LLC, a Virginia Company,<br><br>　　　　Defendant. | Civil Action Number:<br>3:14-cv-00175-TCB<br><br>Jury Trial Demanded |

## ORDER APPROVING SETTLEMENT AGREEMENT

The above-captioned case is before the Court for consideration of the Parties' Joint Motion for Approval of Settlement Agreement. The Court has considered and reviewed the proposed Settlement Agreement in this case and has determined it is fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the Parties' Joint Motion, **APPROVES** the Settlement Agreement entered into by the Parties, and **ORDERS** the parties to file a Notice of Dismissal With Prejudice within ten days of Plaintiffs' receipt of payment. Except as stated in the Settlement Agreements, each party shall bear its own costs of litigation and attorney's fees.

**SO ORDERED** this 26th day of February, 2015.

_____
The Honorable Timothy C. Batten
United States District Judge

5