IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| COURTNEY MILLS and KEON ROBERTSON on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SPECTRUM FINANCIAL SERVICES, LLC,<br><br>　　　Defendant. | CIVIL ACTION FILE<br><br>NUMBER 3:14-cv-00175-TCB |

# **O R D E R**

The parties having reached a settlement, the Court hereby directs the Clerk to administratively close this case.[1] As previously noted in the Court's order granting the parties' motion for approval of settlement [14], the parties shall file a notice of dismissal with prejudice within ten days of Plaintiffs' receipt of payment under the settlement agreement. If

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if enforcement of the settlement agreement fails. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

payment is not made or a dispute as to the settlement arises, the parties should promptly move to reopen this case.

    IT IS SO ORDERED this 23rd day of March, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge